213

PER CURIAM.

(No. 73—CC—28)

GESTETNER CORPORATION, Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed March 2, 1973.*

GESTETNER CORPORATION, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 73—CC—60)

IRVING B. CAMPBELL, Claimant, *vs.* STATE OF ILLINOIS, POLLUTION CONTROL BOARD, Respondent.

*Opinion filed March 2, 1973.*

IRVING B. CAMPBELL, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.